Slip Op. 01-90

# UNITED STATES COURT OF INTERNATIONAL TRADE

AMERICAN SILICON TECHNOLOGIES,  :
ELKEM METALS COMPANY, GLOBE  :
METALLURGICAL, INC. and SKW  :
METALS & ALLOYS, INC.,  :
:
        Plaintiffs,  :
:
      v.  :     **Before: MUSGRAVE, JUDGE**
:
UNITED STATES  :     Court No. 94-09-00555
:
        Defendant,  :
:
    and  :
:
ELETROSILEX BELO HORIZONTE,  :
:
        Defendant-Intervenor.  :
_____:

## JUDGMENT

Upon review of *Silicon Metal From Brazil; Final Results of Redetermination Pursuant to Court Remand* (Mar. 12, 2001) ("Remand Results") issued by the United States Department of Commerce, International Trade Administration, following the Court's remand order in *American Silicon Technologies v. United States*, 24 CIT __, 118 F. Supp. 2d 1329 (2000), in the absence of comments by any party and upon finding that Commerce has complied with the Court's instructions, it is hereby

     **ORDERED** that the Remand Results are affirmed in their entirety; and it is further

     **ORDERED** that all issues having been decided, this action is concluded.

 

                        _____
                         R. KENTON MUSGRAVE, JUDGE

Dated: July 27, 2000
      New York, New York